NO.
12-07-00158-CR

NO. 12-07-00159-CR

NO. 12-07-00160-CR

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS DISTRICT

 

TYLER, TEXAS

 

 

JOHN EDWARD MONEY,  §          APPEALS
FROM THE 114TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,

APPELLEE   §          SMITH
COUNTY, TEXAS

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER CURIAM

            Appellant
was charged in three separate cases with aggravated sexual assault of a child
and two counts of indecency with a child. 
In each case, Appellant pleaded guilty and the trial court assessed
punishment.  We have received the trial
court’s certification showing that Appellant waived his right to appeal in each
case.  See Tex. R. App. P. 25.2(d). 
Accordingly, the appeals are dismissed for want of jurisdiction.

Opinion delivered May 29,
2007.

Panel consisted of Worthen, C.J., Griffith, J., and
Hoyle, J.

 

 

 

 

 

(DO NOT PUBLISH)